NATHAN WALLACE
(Name)

P.O. BOX 5004 A1-215
(Address)

CALIPATRIA, CA. 92233
(City, State, Zip)

#E 63680
(CDC Inmate No.)

**ORIGINAL**

FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
CONSENT TO
Court ✓ Pro Se ___

# United States District Court
## Southern District of California

NATHANIEL WALLACE,
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

v.

LARRY SMALL,
VIRGINIA MYERS,
ELIZABETH BUTLER,
D.W. BELL,
(Enter full name of each defendant in this action.)

                                    Defendant(s).

'08 CV 1426 BEN CAB
Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983, 1985,
$ 28 USC § 2201-2202
FDJA.

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
28 USCA §2201-2202 FEDERAL DECLARATORY JUDGMENT ACT

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, NATHAN WALLACE
(print Plaintiff's name)
#E 63680, who presently resides at CAL 4 P.O. BOX 5004 A1-
(mailing address or place of confinement)
215 CALIPATRIA, CALIFORNIA 92233, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at CAL-4
CALIPATRIA STATE PRISON on (dates) 12-14-07, 3-10-08, and 4-22-08.
(institution/place where violation occurred)    (Count 1)       (Count 2)       (Count 3)

§ 1983 SD Form
(Rev. 2/05)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>LARRY SMALL</u> resides in <u>CALIPATRIA/IMPERIAL</u>,
(name) (County of residence)
and is employed as a <u>WARDEN</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>INVOLVEMENT INTO UNLAWFULLY DETAINING PETITIONER IN CUSTODY IN EXCESS OF HIS SENTENCE. (SUPERVISORY POSITION)</u>

Defendant <u>VIRGINIA MYERS</u> resides in <u>CALIPATRIA/IMPERIAL</u>,
(name) (County of residence)
and is employed as a <u>CASE RECORDS MANAGER</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>UNLAWFUL DETENTION: OPERATING WITHOUT COMMITMENT ORDERS TO VERIFY PETITIONERS PROPER SENTENCE, THE SUBJECT SUPERINTENDED AND AUTHORIZED THE ACT OF PRESCRIBING A TERM BY DEFENDANT BUTLER.</u>

Defendant <u>ELIZABETH BUTLER</u> resides in <u>CALIPATRIA/IMPERIAL</u>,
(name) (County of residence)
and is employed as a <u>CASE RECORDS SPECIALIST</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>UNLAWFUL DETENTION: PERSONALLY PRESCRIBING THE PETITIONER A TERM OF LIFE FOR THE UNIMPOSED LEGALLY STRICKEN SUBJECT COUNT (COUNT 4).</u>

Defendant <u>D.W. BELL</u> resides in <u>CALIPATRIA/IMPERIAL</u>,
(name) (County of residence)
and is employed as a <u>CC2: APPEALS CONDUCTOR/EXMR</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>DELIBERATELY PREVENTING PETITIONER FROM EXERCISING HIS RIGHT TO PETITION THE COURT WITH REQUEST OF RESOLUTION (PC1381) AND TO EXHAUST STATE REMEDIES.</u>

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: <u>DENIAL OF RIGHT TO PETITION</u>
<u>OR ACCESS THE COURT, DUE PROCESS, UNLAWFUL DETENTION & UNUSUAL TREATMENT.</u> (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] ON 12-14-07 WHILE FUNCTIONING IN THE CAPACITY OF INMATE STATE-PRISONER AT SAID LOCATION, I WAS SUMMONED TO ATTEND A TIME COMPUTATION HEARING I HAD REQUESTED EARLIER THAT YEAR VIA STATE ESTABLISHED REGULATION.
THE HEARING WAS CONDUCTED BY THE SUBJECTS WHO IMMEDIATELY BEGAN TO EXPLAIN WHY THE DEPARTMENT HAD NOT YET RELEASED ME GIVEN MY ACCUMULATED GOOD-TIME CREDIT. THE PAIR ASSERTED THAT THE DEPARTMENT BELIEVED THAT THERE WAS A PENDING COUNT WHICH WOULD IMPACT THE STANDING COMMITMENT TO INCLUDE AN INDETERMINATE TERM CALCULATED BY RECORDS STAFF.
INSTANTLY I PRODUCED THE CERTIFIED SENTENCING COURT TRANSCRIPT AT VOLUME NINE OF CASE # BAC09423, AND SHOWED THE ENTIRE PANEL THAT THE COUNT TO WHICH THEY SPOKE OF WAS NEVER EVEN IMPOSED IN THE ORAL PRONOUNCEMENT OF JUDGMENT, AND THUS, IS CONSIDERED STRICKEN FROM THE RECORDS.
WITH THE APPARENT INDICATION THAT CHARGES WERE PENDING AGAINST ME IN A DETAINER SITUATION STEMMING FROM THE INITIAL COMMITMENT, I ASSERTED MY RIGHTS TO SPEEDY RESOLUTION UNDER THE PC1381 - 6TH AMEND. RIGHT TO DEMAND TRIAL RIGHT THEN TO THE HEARINGS PANEL.
THE SUBJECTS COUNTERED WITH POSITIVE FEEDBACK, IN THAT, THEY ELECTED TO GRANT THE PROCEEDINGS AND ACTIONS REQUESTED THEREOF. ACCORDINGLY, THE GRANT ACKNOWLEDGES THAT AN ERROR HAS OCCURRED AND THAT THE GRIEVANT IS ENTITLED TO THE BENEFITS OF GOVERNING LAWS AND STATUTES. AS SUCH SAID APPLICATION WAS FORMALLY SUBMITTED THROUGH INSTITUTIONAL PROCEDURES ONLY TO BE SHORT-STOPPED BY CORRECTIONS COUNSELOR I.E. APPEALS CONDUCTOR, D.W. BELL. HIS REASONING WAS THAT I AM NOT ENTITLED TO ANY RELIEF.
PER STATE AND FEDERAL LAW IT IS THE EXPRESSED AND OBLIGATORY DUTY OF THE CDCR TO ACCEPT AND PROCESS SAID APPLICATION ONCE THE SUPPLICANT CAN NAME PARTY WHOSE WARRANT, DETAINER, OR CUSTODY HOLD AFFECTS CONDITIONS OF CONFINEMENT OR RELEASE.
(SEE EX. A)

<u>Count 2</u>: The following civil right has been violated: <u>DOUBLE JEOPARDY AGAINST UNAUTHO-</u>
(E.g., right to medical care, access to courts,
<u>RIZED SENTENCING, DUE PROCESS, UNLAWFUL DETENTION & UNUSUAL TREATMENT.</u>
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, <i>by name</i>, did to violate the right alleged in Count 2.]

ON MARCH 10, 2008, IN THE CAPACITY OF A CASE RECORDS SPECIALIST, THE DEFENDANT ELIZABETH BUTLER MOVING IN FURTHERANCE OF THE 12-14-07, CDC 1031 APPEAL GRANT, DID OFFICIALLY HAND DOWN A DECISION PRESCRIBING THE IMPOSITION OF AN INDETERMINATE LIFE SENTENCE FOR THE FORMERLY UNIMPOSED COUNT 4 OF #BA009423, TO BE SERVED BY THE PETITIONER IN CUSTODY UPON THE WRITTEN CDCR DSL WORKSHEET. THE ACT WAS AUTHORIZED BY DEFENDANT VIRGINIA MYERS.
(SEE EX. B)

Count 3: The following civil right has been violated: UNLAWFUL DETENTION, CRUEL AND USUAL TREATMENT, & INVALID COMMITMENT.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

ON APRIL 22, 2008, THE DEFENDANT VIRGINIA MYERS EMPLOYED SUBORDINATE D. COUCHMAN TO CONSCRIPT A FORMAL NOTICE ON DEPARTMENTAL LETTERHEAD DIRECTED TO THE TRANSCRIBERS OFFICE ATTESTING TO THE FACT OF CDCR NOT BEING IN POSSESSION OF THE CRIMINAL COMMITMENT ORDERS OF CASE #BA009423, AND ARE THUS UNABLE TO RECORD THE PROPER SENTENCE AS ORALLY PRONOUNCED AGAINST IN CUSTODY PETITIONER.

THESE DOCUMENTS ARE STATUTORILY REQUIRED BY IN THE CUSTODY HOLDING OF ANY INMATE PRISONER UNDER CDCR JURISDICTION AND THE LACK THEREOF EQUATES, AT THE LEAST, AN INVALID COMMITMENT. UNDER THE LAW THE ABSTRACT/MINUTE ORDER IS THE CONTROLLING DOCUMENT IF IT IS VERBATIM TO THE SENTENCING COURTS ORAL PRONOUNCEMENT OF JUDGMENT, OTHERWISE, IT DOES NOT CONTROL. HERE, THE SENTENCING TRANSCRIPTS CONTROL BUT THE DEPARTMENT CLAIMS THEY HAVE NONE OF THE CONTROLLING DOCUMENTS.
(SEE EX. C)

§ 1983 SD Form
(Rev. 2/05)

5

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____
Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____

(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☑ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.
THE CDCR MANDATES THAT UPON A PREMISE SUCH AS WAS MENTIONED THE ASKER MUST PURSUE A RESPONSE THROUGH REMEDIAL CHANNELS OFFERED IN CDCR 1031 & CDCR 643 - PC 1381 BOTH OF THESE ARTICLES ARE WHAT MAKE UP THE ATTACHED EXHIBIT "A".

§ 1983 SD Form

6

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): FROM DENYING AND/OR STAGNANTLY HALTING THE PROCESSING OF PC1381 NOTICES FILED WITH THE INSTITUTIONS RECORDS DEPT.

2. Damages in the sum of $ 97,000,000.00

3. Punitive damages in the sum of $ $100 PER DAY

4. Other: A CONJUGAL VISIT, A JOB ASSIGNMENT, LEVEL THREE STATUS, $180.00 AT COMMISSARY, AND FURTHER CUSTODY REDUCTION. ORDER STATE COURT TO HEAR PC1381 FILING UNDER # EHC01017

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

8-1-07
Date

_Nathaniel Wallace_
Signature of Plaintiff



STATE OF CALIFORNIA  
CDC 1032 (12/86)

DEPARTMENT OF CORRECTIONS

# NOTICE OF TIME, DATE AND PLACE OF COMPUTATION REVIEW HEARING

Your Computation Review Hearing is scheduled for ___Fri. 8:30 AM___  
(TIME)

on ___12-14-07___ at ___Program Office___  
(DATE)          (SPECIFIC LOCATION OF HEARING)

## CERTIFICATE OF SERVICE

On ___12/10/07___  
(DATE)

I ☒ personally ☐ other _____ served this  
(DESCRIBE)

Notice of Hearing.

by ___(signature)___   ___C.C.II___   ___12/10/07___  
(SIGNATURE)         (TITLE)         (DATE)

## ACKNOWLEDGEMENT OF SERVICE

I, ___X Wallace, M.___ hereby acknowledge on ___12/10/07___  
(SIGNATURE OF INMATE/PAROLEE)                          (DATE)

receipt of the Notice of Hearing.

___X Wallace, M.___   ___T65680___   ___CAL___  
INMATE/PAROLEE NAME        CDC NUMBER        INST/REGION

DISTRIBUTION:  ORIGINAL — CENTRAL FILE  
COPY — INMATE/PAROLEE

STATE OF CALIFORNIA  
CDC 1033 (8/88)

DEPARTMENT OF CORRECTIONS

# COMPUTATION REVIEW HEARING DECISION

**DOCUMENTS REVIEWED**

☐ Sentencing Transcript

☐ Abstracts of Judgment/Minute Orders

☐ POR

☐ Time Cards/Classification Chronos

☐ OBIS Printout

☒ Central File

☒ Other _additional documents sent to Wallace by court._

**REASONS/COMMENTS**

A review of Central File E63680, Wallace was conducted.

I/M Wallace requested Case Records review additional documents for discrepancy + refer. to LPU.

Received copies of all abstracts (3) in C-File.

**DECISION**

☒ Appeal Granted

☐ Appeal Denied

If you are dissatisfied with your Computation Review Hearing Decision you may request a Third-Level Review.

**PANEL HEARING CASE**

HEARING PERSON: Virginia Myer  
TITLE: CCRM  
INMATE/PAROLEE: Wallace, M.  
CDC NUMBER: E63680  
INST/REGION: CAL  
HEARING DATE: 12-14-2007

DISTRIBUTION:   ORIGINAL — CENTRAL FILE  
                COPY — INMATE/PAROLEE

STATE OF CALIFORNIA  
CDC 1031 (8/88)

DEPARTMENT OF CORRECTIONS

# ACKNOWLEDGEMENT OF RECEIPT

## I. NOTICE OF RIGHT TO REQUEST A COMPUTATION REVIEW HEARING

Your administrative appeal has been reviewed by departmental staff at the informal level. In that appeal you alleged an issue which may adversely affect your term of confinement or period of parole. You may now request a Computation Review Hearing if you do not agree with the findings.

### Computation Review Hearing

Whenever an inmate/parolee files an administrative appeal which sets forth a specific, clearly stated claim regarding an alleged error which adversely affects a term of confinement or period of parole, and that appeal is reviewed at the informal level, the inmate/parolee may then request a Computation Review Hearing if he/she is not satisfied with the findings. This hearing will be conducted as the second level of review of the inmate's/parolee's administrative appeal, and will afford full due process protections.

The **only** issue to be determined at a Computation Review Hearing is whether or not an error has been committed which adversely affects a term of confinement or period of parole.

If it is determined at the hearing that an error has occurred, departmental staff shall grant the appeal and correct the error or refer the matter to the attention of the appropriate agency or departmental staff for disposition. If it is determined that there is no error, the appeal will be denied.

If you wish to request a Computation Review Hearing, you must so state in Section D of your CDC-602, Inmate Appeal Form. This form should then be given to your Institution/Parole Region Appeals Coordinator for processing. You will be notified when a hearing has been scheduled.

## II. COMPUTATION REVIEW HEARING RIGHTS

Prior to or at a Computation Review Hearing, an inmate/parolee shall be afforded the following:

a. The right to be notified in writing as soon as possible of the date, time and place at which the Computation Review Hearing will be conducted.

b. The right to review pertinent nonconfidential documents in his/her Central File before the hearing, and the opportunity to enter a written response to any material in the file.

c. The right to be present at the hearing and/or to speak on his or her own behalf, and to ask and answer questions.

d. The right to present relevant documents to the hearing panel.

e. The right to have the hearing conducted by a fair and impartial hearing panel.

f. The right to the assistance of an interpreter if he or she does not understand English. The Department shall provide an interpreter at state expense.

g. The right to staff assistance.

h. The right to receive written notice of any decision made, the information considered, and the reasons for the decision.

i. The right to appeal a Computation Review Hearing decision as provided in the Department's Administrative Manual (Chapter 7300).

## III. ACKNOWLEDGEMENT

I hereby acknowledge receipt of "Notice of Right to Request a Computation Review Hearing" and "Computation Review Hearing Rights" form.

▶ _____   _____  
Signature of inmate/parolee        CDC Number        12/10/07   Date

▶ _____   _____  
Signature of Employee              Inst/Region       12/10/07   Date

(Print Last Name) _Muchra_____

☐ Yes  ☒ No  
Interpreter Required

DISTRIBUTION:  ORIGINAL — CENTRAL FILE  
               COPY — INMATE/PAROLEE

STATE OF CALIFORNIA
**NOTICE AND DEMAND FOR TRIAL**
CDC 643 (4/88)

DEPARTMENT OF CORRECTIONS

TO THE DISTRICT ATTORNEY, __EL CENTRO/IMPERIAL__ COUNTY, State of California.

Please take notice that I, __NATHANIEL WALLACE__ (PRINT NAME IN FULL), Inmate # __E63680__ (CDC NUMBER)

of __CALIPATRIA__ (NAME OF INSTITUTION), was convicted of the crime of __COUNT FOUR: 664/187__

in __L.A.__ County, __CALIF__ (STATE), and was sentenced by said

on or about __7-24-__, 19__90__ to a term of __NO TERM IMPOSED__

I have reason to believe that the following criminal action is now pending against me in __IMPERIAL__ County.

CHARGES: __COUNT FOUR: 664/187__

WARRANT #: __BA009423__

COURT (Location): __CDCR-CAL4 PRISON__   ARRESTING AGENCY: __CDCR-CAL4 PRISON__

I HEREBY DEMAND A HEARING AND TRIAL OF SAID CRIMINAL ACTION AS PRESCRIBED BY SECTION 1381 OF THE PENAL CODE OF CALIFORNIA.

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|
| 6-4-68 | M | A | 6 | 220 | BLK | BRN |

INSTITUTION NAME AND ADDRESS WHERE INCARCERATED:
WARDEN SCRIBNER
CALIPATRIA PRISON
7018 BLAIR ROAD
CALIPATRIA, CA. 92233
(760) 398-7000

OTHER NAMES (Aliases) USED:

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

INMATE'S SIGNATURE: _Nathaniel Wallace_

DATE: 12-18-07

CII NUMBER:

---

THIS PORTION IS TO BE DETACHED BY THE DISTRICT ATTORNEY'S OFFICE AND RETURNED TO THE CASE RECORDS OFFICE OF THE INSTITUTION WHERE INMATE IS INCARCERATED.

I, _____, District Attorney of the County of _____, State of California, do hereby acknowledge receipt of NOTICE AND DEMAND FOR TRIAL, dated _____ by _____

Inmate # _____ of _____

DISTRICT ATTORNEY                STATE OF CALIFORNIA, COUNTY OF:          DATE:

RECEIPT TO BE RETURNED TO:   CASE RECORDS OFFICE
                NAME OF INSTITUTION: __Calipatria Prison__
                             ADDRESS: __7018 Blair Road__
                                      __Calipatria, Ca. 92233__
                                      __(760) 398-7000__



**MEPD CALCULATION FOR LIFERS WITH CONSECUTIVE DSL TERMS RECEIVED AFTER 2-16-1989 OR NOT AFFECTED BY IN RE INIGOLD**

CAL  A 07 01 929

## DSL TERM

1. TERM START DATE  7-27-1990  + PLUS DSL TERM 224.8m = BASE DATE 3-27-2013
   (RECEIVE DATE)
2. MINUS PRECONFINEMENT CREDIT  − 349
   (PRECONFINEMENT = PRESENTENCE + POSTSENTENCE)
3. EQUALS MAX DSL  = 4-12-2012
4. MINUS VESTED CREDIT  − 1
   (1/2 POSTSENTENCE CREDIT)
5. ADJUSTED MAX DSL  = 4-11-2012
6. MINUS NET CREDIT EARNED  1673   1410  − 163
   (NET CREDIT = CREDIT EARNED − CREDIT LOSS + CREDIT RESTORED) =163
7. CURRENT RELEASE DATE ON DSL TERM  = 10-31-2011
8. MINUS DATE CREDIT APPLIED THROUGH  − 3-3-1999
9. DAYS LEFT TO SERVE  = 4625
10. DIVIDE DAYS TO SERVE BY CURRENT WORK GROUP  = 2312
    (A1:2,A2:3,B:3,D1:3,U:3, ROUND DOWN)
11. CURRENT RELEASE DATE ON DSL TERM (A-7)  ° 10-31-2011
12. MINUS (A-10)  − 2312
13. PROJECTED EARLIEST DATE DSL TERM COULD END AND 15/25-LIFE OR 7/9-LIFE TERM BEGINS  = 7-2-2005

## CALCULATION FOR LIFE SENTENCE WITH 7/9 OR 15/25 YEAR MEPD

1. LIFE TERM START DATE (A-13)  7-2-2005
2. PLUS LIFE TERM (15/25 OR 7/9 YRS)  ÷ 7 yrs
3. PROJECTED MAX ELIGIBLE PAROLE DATE  = (7-2-2012)
   (STOP HERE FOR 7/9 YEARS TO LIFE CALCULATION)
4. MINUS LIFE TERM START DATE (B-1)  −
5. DAYS IN CUSTODY ON WHICH GTC MAY BE EARNED  =
6. DIVIDE B-5 BY 3 EQUALS GOOD TIME CREDIT (round up)  ÷ 3 =
7. PROJECTED MAX ELIGIBLE PAROLE DATE (E-3)
8. MINUS GOOD TIME CREDITS (B-6)  −
9. EQUALS MINIMUM ELIGIBLE PAROLE DATE (MEPD)  =

## PC/BC CALCULATION (PC/BC CALCULATION APPLICABLE ONLY FOR 15/25YRS)

1. B-6 DIVIDED BY 4 = PC _____      DOC: 7/2008
2. C-1 MULTIPLIED BY 3 = BC _____   INITIAL: (6/2011)

E63680 | Wallace, N. | CAL | 3-10-08 | F.Butler/CCRSP(A)
DC NUMBER | NAME | INSTITUTION | DATE | CCR SPECIALIST



STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                   ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
Calipatria State Prison
P.O. Box 5001, 7018 Blair Road
Calipatria, CA 92233

April 22, 2008

*5/8/2008*

TRANSCRIBER'S OFFICE
111 N. HILL ST., RM. 234
LOS ANGELES, CA 90012

*attn: Scott Barber*
*Fax (213) 346-9018*

ATTN: CERTIFICATION

RE:  Name:   WALLACE, NATHANIEL
     CDC:    E63680
     Case#:  BA009423

Dear Clerk of the Court:

The above identified subject has been sentenced to the California Department of Corrections from your county. We have not received the following document(s) on the above case. It is of the utmost importance that these documents are received to properly record the commitment.

( )  Information/Charging Document of Complaint
( )  Probation Officer's Report
( )  Arrest Report/Investigating Agency Report
(X)  **Certified** copy of the Abstract of Judgement- Commitment/Minute Order (DATED 10-27-92)
(X)  Transcript of proceedings at the time of sentencing
( )  Statement by Judge and District Attorney pursuant to Penal Code section 1203.1

Your cooperation in this matter is greatly appreciated.

Sincerely,

D. COUCHMAN, OA(T) for
V. MYERS
Correctional Case Records Manager

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __NATHAN WALLACE__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __PETITIONER__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _____ DAY OF: _____ 20__08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Nathaniel Wallace__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __NATHAN WALLACE__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON _____ 20__08__ I SERVED THE FOREGOING: __28 USCA 2201-2202__
__FDJA · 1983, 1985, 42 USCA__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

COURT CLERK
SO. DIST. CRT.
880 FRONT ST.
SAN DIEGO, CA.
92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _____

__Nathaniel Wallace__
(DECLARANT/PRISONER)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Nathaniel Wallace

**DEFENDANTS**

Small, et al

FILING FEE PAID: Yes ☐ No ☑
IFP MOTION FILED: Yes ☑ No ☐
CONSENT TO: US Mag ☐ No ☑

FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Nathaniel Wallace
PO Box 5004
Calipatria, CA 92233
E-63680

**ATTORNEYS (IF KNOWN)**
'08 CV 1426 BEN CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 8/5/2008    SIGNATURE OF ATTORNEY OF RECORD
R. Muller