2254 1983

FILING FEE PAID
Yes ___ No ✓

IFP MOTION FILED
Yes ✓ No ___

COPIES SENT TO
Court ✓   ProSe ___

FILED
AUG - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NATHANIEL WALLACE #E63680
_____
Petitioner

LARRY SMALL &
L.E. SCRIBNER, WARDEN, ET. AL;
_____
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

'08 CV 1426 BEN CAB

I, NATHANIEL WALLACE, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☑ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received, within the past twelve months, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐ Yes ☑ No
    b. Rent payments, interest or dividends?              ☐ Yes ☑ No
    c. Pensions, annuities or life insurance payments?    ☐ Yes ☑ No
    d. Gifts or inheritances?                             ☐ Yes ☑ No
    e. Any other sources?                                 ☐ Yes ☑ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: __N/A__

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes ☑ No
    If the answer is yes, state the total value of the items owned: __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☑ No
   If the answer is yes, describe the property and state its approximate value: ____N/A____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ____N/A____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __5/7/08__          __Nathaniel Wallace__
             Date                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $__25.00__ on account to his credit at the __CALIPATRIA STATE PRISON__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: __N/A__

__5-9-08__                    __[signature]__
   Date                    Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030 .701                                           REPORT DATE: 05/09/08
                                                                 PAGE NO:           1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  CALIPATRIA STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 01, 2007 THRU MAY 09, 2008

ACCOUNT NUMBER  : E63680                 BED/CELL NUMBER: FA0100000000215U
ACCOUNT NAME    : WALLACE, NATHANIEL                      ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                              TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE   DESCRIPTION     COMMENT    CHECK NUM    DEPOSITS    WITHDRAWALS   BALANCE

11/01/2007      BEGINNING BALANCE                                                    0.00

ACTIVITY FOR 2008
01/24 D300 CASH DEPOSIT         MR/    704174            100.00                    100.00
02/25 FC01 DRAW-FAC 1           A1       4847                        100.00          0.00
05/07 D300 CASH DEPOSIT         MR/    706588             25.00                     25.00

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
 BALANCE      DEPOSITS     WITHDRAWALS      BALANCE      BALANCE        TO BE POSTED
-----------   ---------    -----------    -----------   ---------     ---------------
    0.00       125.00        100.00          25.00         0.00              0.00

                                                                    CURRENT
                                                                   AVAILABLE
                                                                    BALANCE
                                                                  -----------
                                                                       25.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE